IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CANRIG DRILLING TECHNOLOGY LTD, | § § § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. H-07-3663 |
| ROC OIL (BOHAI) COMPANY, *f/k/a* *Apache China Corporation LDC.*, | § § § § | |
| Defendant. | § | |

## ORDER OF PENDING DISMISSAL

It has come to the attention of this court that this action against Roc Oil (Bohai) Company, has not been answered within 20 days as required by Rule 12(a), Fed. R. Civ. P., and that over 60 days have passed from the date an answer was due without any action by the plaintiff. The local rules allow the court summarily to dismiss an action in these circumstances.

This notice is to inform you that if the appropriate motions have not been filed within 20 days of the date this order is entered, this case will be automatically dismissed, without prejudice. The initial pretrial and scheduling conference set for February 29, 2008 is canceled. It will be reset, if appropriate.

SIGNED on February 6, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge